CLARENCE L. BARBER, Appellant, v. CHARLES H. ELLINGWOOD and H. TOWNSEND DAVIS, Respondents. (No. 2.)

First Department, February 19, 1909.

See head note in *Barber* v. *Ellingwood, No. 1 (ante,* p. 555).

APPEAL by the plaintiff, Clarence L. Barber, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 25th day of January, 1909, directing a compulsory reference under section 1013 of the Code of Civil Procedure.

*Irving Paine,* for the appellant.

*Duncan Edwards,* for the respondents.

PER CURIAM:

For the reasons stated in action No. 1 between the same parties (130 App. Div. 555), the order appealed from must be reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs.

Present — INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE and SCOTT, JJ. INGRAHAM, J., dissented.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.